UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                              CASE NO. 04 B 46143
    LINETTE JOHNSON
                                    CHAPTER 13

                                    JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-1697
```

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 12/15/2004 and was confirmed 02/23/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 01/30/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICASH LOANS LLC | UNSECURED | 2322.82 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED | 15000.00 | 1885.86 | 11095.18 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 2032.45 | .00 | .00 |
| ATLANTIC LOAN COMPANY | UNSECURED | NOT FILED | .00 | .00 |
| IKEA | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS OCULUPLASTIC AS | UNSECURED | NOT FILED | .00 | .00 |
| MONEY MARKET PAY DAY EXP | UNSECURED | NOT FILED | .00 | .00 |
| PAY DAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK PEERLESS FEDERA | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 892.28 | .00 | .00 |
| INSTANT CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| MELVIN J KAPLAN | DEBTOR ATTY | 2,700.00 | | 2,700.00 |
| TOM VAUGHN | TRUSTEE | | | 859.35 |
| DEBTOR REFUND | REFUND | | | 278.18 |

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS        DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 16,818.57

PRIORITY                                      .00
SECURED                                 11,095.18
    INTEREST                             1,885.86
UNSECURED                                     .00
ADMINISTRATIVE                           2,700.00
TRUSTEE COMPENSATION                       859.35
DEBTOR REFUND                              278.18
                        ---------------   ---------------
TOTALS                  16,818.57         16,818.57


                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 46143 LINETTE JOHNSON

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.

Dated: 04/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 46143 LINETTE JOHNSON